# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEICO CASUALTY COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-1444 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]** |

　　　Parties have filed a joint motion to dismiss with prejudice. [Doc. 11.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

　　　**IT IS SO ORDERED.**

Dated: December 2, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge